UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:18-cr-204-FtM-60MRM

MARTIN SANCHEZ
_____

**ORDER**

This cause is before the Court following a status conference held October 28, 2019. At the hearing, defense counsel moved for a continuance of trial until the December 2019 trial term. The Government had no objection.

Accordingly, the oral motion is **GRANTED**. This case is continued until the December 2019 trial term, commencing December 2, 2019. After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant(s) in a speedy trial. The Court, therefore, determines that the time from today until the end of the December 2019 trial term shall be "excludable time" pursuant to 18 U.S.C. § 3161(h).

Another status conference is scheduled for **November 18, 2019** at **1:30 PM** before United States District Court Judge Thomas Barber in Fort Myers Courtroom 6B.

**DONE AND ORDERED** in Fort Myers, Florida on this 31st day of October 2019.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record